UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EC LICENSING PTY, LTD.,

                **Plaintiff,**                      19-CV-01534 (VM)(SN)

     -against-                              **ORDER**

**FLYING START BOOKS, LTD.,**

                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

A telephone conference is scheduled for Monday, November 25, 2019, at 4:00 P.M. to discuss the settlement issues raised in the parties' November 8, 2019 joint letter. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 12, 2019
               New York, New York