UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EC LICENSING PTY, LTD.,

                Plaintiff,

        -against-

FLYING START BOOKS, LTD.,

                Defendant.

-------------------------------------------------------------X

19-CV-01534 (VM)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The parties have informed the Court that they are not available to participate in the telephone conference scheduled for Monday, November 25, 2019. Accordingly, the telephone conference is adjourned *sine die*. The parties are directed to contact the Court when they are able to reschedule the conference.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    New York, New York
              November 22, 2019