UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EC LICENSING PTY, LTD.,

                Plaintiff,

     -against-

FLYING START BOOKS, LTD.,

                Defendant.

-----------------------------------------------------------X

19-CV-01534 (VM)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

On November 22, 2019, the Court directed the parties to contact Chambers after they notified the Court that they were not available for a telephone conference scheduled for November 25, 2019. See ECF No. 21. The parties have not contacted the Court since. By January 28, 2020, the parties are directed to file a joint letter regarding the status of settlement and whether a telephone conference with the Court would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               January 21, 2020